# EXHIBIT B



4/21/2020     More States Are Pursuing Rent Control. That's Bad News For Landlords. | Randle Report

Case 2:20-cv-00231-JB-N Document 1-2 Filed 04/21/20 Page 3 of 6 PageID #: 10




(https://randlereport.com?pasID=Mzg3NTY=&pasZONE=OQ==)

# More States Are Pursuing Rent Control. That's Bad News For Landlords. ()

Posted on April 23, 2019 (https://randlereport.com/more-states-are-pursuing-rent-control-thats-bad-news-for-landlords/) by Shelly Jo Jacobs (https://randlereport.com/author/sjacobs/)

![apartment building photo]

Big apartment owners are forecast to post strong earnings when they start reporting this week, but a number of state-sponsored rent-control measures are starting to raise longer-term concerns.

While most of the dozen or so proposals aimed at curbing rent increases are in their early stages, some states have already taken action.

Oregon passed a law in February that capped rent increases to 7% plus the local inflation rate. Democrats in the Colorado legislature introduced a bill this month to repeal a longstanding ban on rent control, which would allow local governments to set their own rent limits. New York lawmakers are also weighing a cap on rent increases.

The Wall Street Journal

See Original (https://www.wsj.com/articles/more-states-are-pursuing-rent-control-thats-bad-news-for-landlords-11556024401)

Privacy - Terms



Author: Shelly Jo Jacobs

---

0 Comments    Randle Report    🔒 Privacy Policy      1 Login ▾

♡ Recommend    🐦 Tweet    f Share      Sort by Best ▾

Start the discussion…

LOG IN WITH      OR SIGN UP WITH DISQUS ⓘ

Name

Be the first to comment.

✉ Subscribe    🅓 Add Disqus to your siteAdd DisqusAdd    ⚠ Do Not Sell My Data

More info on sites in the American South (/contact)



(https://randlereport.com?pasID=NDgyNjE2&pasZONE=MTE=)



**A Letter To Southern Economic Developers And The Business Community At Large About The Coronavirus Recession (Https://Randlereport.Com/Subsidies-Incentives-And-Legal-Immigration-3/)**
Mike Randle

By Michael Randle, Editor In 40 years in the journalism business, I have never covered anything like the coronavirus and…

❯❯❯ READ MORE (HTTPS://RANDLEREPORT.COM/SUBSIDIES-INCENTIVES-AND-LEGAL-IMMIGRATION-3/)



**The Reduction Of Immigrants And H-1B Visas Will Cause The U.S. To Lose To Other Nations (Https://Randlereport.Com/Overcome-By-Paperwork-Texas-Steel-Products-Manufacturers-Just-Hanging-On-As-Tariffs-Cut-Deep-Into-Their-Profits/)**
Mike Randle

By Michael Randle I realize I have made this point many times over the last three years. Yet, it bears…

❯❯❯ READ MORE (HTTPS://RANDLEREPORT.COM/OVERCOME-BY-PAPERWORK-TEXAS-STEEL-PRODUCTS-MANUFACTURERS-JUST-HANGING-ON-AS-TARIFFS-CUT-DEEP-INTO-THEIR-PROFITS/)

More States Are Pursuing Rent Control. That's Bad News For Landlords - Randle Report



Hello Humans. Where To Start? Never In My Lifetime Has The Economy Essentially Shutdown. (Https://Randlereport.Com/Fdi-Is-Faltering-In-The-U-S-And-The-Political-Atmosphere-And-Tariffs-Are-The-Main-Reasons/)

Mike Randle

By Michael Randle Never has the nation experienced two weeks when 10 million people applied for unemployment benefits. That is...

**›››READ MORE (HTTPS://RANDLEREPORT.COM/FDI-IS-FALTERING-IN-THE-U-S-AND-THE-POLITICAL-ATMOSPHERE-AND-TARIFFS-ARE-THE-MAIN-REASONS/)**



You Paid For Your Benefits (Not Entitlements). Here Is A Simple Way To Increase Enough Money To Keep Funding Social Security And Medicare. (Https://Randlereport.Com/The-Economy-Is-Booming-But-2/)

Mike Randle

By Michael Randle Watching some of the last few presidential candidates on cable news and they are talking and arguing...

**›››READ MORE (HTTPS://RANDLEREPORT.COM/THE-ECONOMY-IS-BOOMING-BUT-2/)**



Move Your HQ To The South. . .Everyone Else Is (Https://Randlereport.Com/Move-Your-Hq-To-The-South-Everyone-Else-Is-6/)

Mike Randle

Citing housing costs for their employees, operational costs for the company itself and a lack of labor, companies are high-tailing...

**›››READ MORE (HTTPS://RANDLEREPORT.COM/MOVE-YOUR-HQ-TO-THE-SOUTH-EVERYONE-ELSE-IS-6/)**

 (https://randlereport.com?pasID=Mzg4NzQ=&pasZONE=MTM=)

 (https://randlereport.com?pasID=NDU3NTQz&pasZONE=Mzg4NDY=)

 (https://randlereport.com?pasID=Mzg4NTU=&pasZONE=Mzg4NDc=)

 (https://randlereport.com?pasID=Mzg4NTU=&pasZONE=Mzg4NDg=)

## PREFERRED SOUTHERN SITES AND SERVICE PROVIDERS

Privacy - Terms

4/21/2020
Case 2:20-cv-00231-JRN  Document 1-2  Filed 04/21/20  Page 6 of 6  PageID #: 13
More States Are Pursuing Rent Control. That's Bad News for Landlords. - Randle Report

- AECC (http://www.wearearkansas.com)
- Kentucky (http://thinkkentucky.com/)
- Montgomery, AL (http://www.montgomerychamber.com)
- Tennessee Valley Authority (http://www.tvaed.com)

- Aiken, SC (http://www.edpsc.org/)
- Knoxville, TN (http://www.knoxvilleoakridge.com/)
- Old Dominion (http://www.odec-.com)
- Alabama Dept. of Commerce (http://www.madeinalabama.com)

- Alliance Consulting Engineers (http://www.alliancece.com)
- Martinsville-Henry County, VA (http://www.yesmartinsville.com/)
- Southwest Louisiana (http://allianceswla.org/)
- Wichita Falls, TX (http://landinwichitafalls.com)

- Expo Displays (http://www.expodisplays.com)
- Mississippi (https://www.mississippi.org/)
- Tenn-Tom Waterway (http://www.tenntom.org)
- Louisiana Economic Development (https://www.opportunitylouisiana.com works-with-you/? utm_source=randlereport&utm_medi

- Winston-Salem, NC (http://www.wsbusinessinc.com/)

- Santee Cooper (http://www.poweringsc.com/?utm_source=SBD&utm_medium=Display&utm_campaign=SANTEE-2019-Annual-Economic_Development&utm_content=SANTEE-ED-Static-500x80)

## ALL OF THE SOUTH'S BUSINESS AND POLITICAL NEWS IN ONE PLACE

RandleReport.com (http://RandleReport.com) is an economic development, political and general reach business aggregator of news from the American South. The site is continuously updated for real time access 9:00 am CDT to 5:00 pm CDT, Monday through Friday. The site is a property of Southern Business & Development magazine (sb-d.com (http://sb-d.com)).

## CONNECT WITH THE RANDLE REPORT

## NEWSLETTER

Get Randle Report headlines during the week.

Your email address

Sign up

Copyright Randle Report © 2020

| Theme: randlereport16 by Territory3 (http://territory3.com).



(https://randlereport.com?pasID=NDY4OTEy&pasZONE=MzQxMDA1)

Privacy - Terms