**Subject:** Transferred case has been opened

**Date:** Tuesday, April 28, 2020 at 8:56:46 AM Central Daylight Time

**From:** efile_notice@almd.uscourts.gov

**To:** ALSDdb_InterDistrictTransfer_ALSD

CASE: 2:20-cv-00231

DETAILS: Case transferred from Alabama Southern
has been opened in Alabama Middle District
as case 2:20-cv-00271, filed 04/24/2020.